# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RITTVO INVESTMENT FUND LLC 4, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>POMP & WHIMSY, INC., et al.,<br><br>  Defendants | Case No.: 2:23-cv-00240-APG-DJA<br><br>**Order for Expedited Response** |

I ORDER that the defendants shall file a response to the plaintiffs' motion for pretrial conference or expedited consideration of the plaintiffs' motion for summary judgment (ECF No. 31) by **Thursday, September 28, 2023**.

DATED this 25th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE