Tarak Anada (*Admitted Pro Hac Vice*)
JONES WALKER LLP
201 Saint Charles Ave, Suite 4900
New Orleans, LA 70170

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITTVO INVESTMENT FUND LLC 4 d/b/a Rittvo Family Investments LLC 4; RITTVO INVESTMENT FUND LLC 3 d/b/a Rittvo Family Investments LLC 3; RITTVO FAMILY LLC 3 d/b/a Rittvo Family Investments LLC 3; GASTWIRTH FAMILY TRUST; and JASON M. GASTWIRTH, in his capacity as Trustee of Gastwirth Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>POMP & WHIMSY, INC.; NICOLA NICE; TODD GALLOPO; NORI-ANN DE LA CRUZ; DOE INDIVIDUALS 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00240-APG-DJA<br><br>**UNNOPOSED MOTION TO CONVERT IN-PERSON PRETRIAL CONFERENCE TO PRETRIAL CONFERENCE CONDUCTED VIA VIDEO PLATFORM** |

## UNNOPOSED MOTION TO CONVERT IN-PERSON PRETRIAL CONFERENCE TO PRETRIAL CONFERENCE CONDUCTED VIA VIDEO CONFERENCE

Plaintiffs Rittvo Family Investments LLC 4, Rittvo Family Investments LLC 3, Gastwirth Family Trust, and Jason M. Gastwirth, in his capacity as Trustee of the Gastwirth Family Trust, (collectively "Plaintiffs") moved for a Pretrial Conference to expedite the disposition of this case pursual to Local Rule 16-2, and alternatively moved to expedite consideration of their Motion for Summary Judgment (Doc. 31). The Court granted Plaintiffs' Motion and set an in-person Pretrial Conference on October 5, 2023 (Doc. 35).

To be clear, Plaintiffs wish to accommodate the preferences of the Court, and undersigned counsel is currently planning on traveling from New Orleans, LA to Las Vegas to attend the Pretrial Conference in-person. Plaintiffs file this motion to merely to check whether the Court actually prefers the conference to be in-person, or whether the Court is equally amenable to conducting the conference via Zoom or other videoconference platform. If there is no preference on the Court's end, undersigned counsel would like to save both parties' costs and attorney's fees associated with an in-person appearance.

While the Plaintiffs would initially incur the costs and attorney's fees for their counsel to attend the Pretrial Conference in Las Vegas, pursuant to the loan agreement at issue in this case, Plaintiffs would ultimately seek the recovery of those fees and costs from the Defendants. Converting the in-person Pretrial Conference to a Zoom Conference would therefore save all of the parties from incurring these fees and costs.

In sum, Plaintiffs' counsel plans to and will travel to Las Vegas to attend the Pretrial Conference in person. But in the event that the Court is amenable to conducting the conference by video, all parties in this case would also be amenable to go that route to save fees and costs. Undersigned counsel has conferenced with counsel for Defendants and has been advised that the Defendants are also amenable to participate in the conference by video if allowed by the Court.

Respectfully submitted,

| JONES WALKER LLP | BARRON & PRUITT, LLP |
|---|---|
| */s/ Tarak Anada* | |
| Tarak Anada (*Pro Hac Vice*) | |
| LA Bar. No. 31598 | David Barron, No. 142 |
| 201 Saint Charles Ave., Suite 4900 | 3890 West Ann Road |
| New Orleans, LA 70170 | North Las Vegas, Nevada 89031 |
| tanada@joneswalker.com | |

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: October 3, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

#101672457v2

Page 2 of 3

JONES WALKER LLP
201 Saint Charles Ave., Suite 4900
New Orleans, LA 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322