1 | KAEMPFER CROWELL
Robert McCoy, No. 9121
2 | Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
3 | Las Vegas, Nevada 89135
Telephone: (702) 792-7000
4 | Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
5 | Email: sgraves@kcnvlaw.com

6 | Attorneys for Defendants Pomp &
Whimsy, Inc., Nicola Nice, Todd
7 | Gallopo, and Nori-Ann De La Cruz

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10 | RITTVO INVESTMENT FUND LLC 4 | Case No. 2:23-cv-00240-APG-DJA
d/b/a Rittvo Family Investments LLC 4;
11 | RITTVO INVESTMENT FUND LLC 3
d/b/a Rittvo Family Investments LLC 3;
12 | RITTVO FAMILY LLC 3 d/b/a Rittvo | **STIPULATION AND ORDER TO**
Family Investments LLC 3; Gastwirth | **SET MEDIATION**
13 | Family Trust; and JASON M.
GASTWIRTH, in his capacity as Trustee
14 | of Gastwirth Family Trust,

15 | Plaintiffs,

16 | vs.

17 | POMP & WHIMSY, INC.; NICOLA
NICE; TODD GALLOPO; NORI-ANN
18 | DE LA CRUZ; DOE INDIVIDUALS 1-
20; and ROE BUSINESS ENTITIES 1-
19 | 20, inclusive,

20 | Defendants.

21

22 |     Plaintiffs Rittvo Investment Fund LLC 4, Rittvo Investment Fund

23 | LLC 3, Rittvo Family LLC 3, and Jason M. Gastwirth, in his capacity as Trustee of

24 | the Gastwirth Family Trust (collectively "Rittvo") and Defendants Pomp &

Whimsy, Inc., Nicola Nice, Todd Gallopo, and Nori-Ann De La Cruz (collectively "Pomp & Whimsy") stipulate to attend a settlement conference, over Zoom given the location of the parties, before a Magistrate Judge of the Court. The parties have consulted and are available on the following dates if convenient for the Court:

- March 29, 2024;
- April 2, 2024;
- April 3, 2024.

The parties can provide additional dates if none of the above dates are available.

| BARRON & PRUITT, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Tarak Anada | |
| David Barron, No. 142 | Robert McCoy, No. 9121 |
| 3890 West Ann Road | Sihomara L. Graves, No. 13239 |
| North Las Vegas, Nevada 89031 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| Tarak Anada *(Pro Hac Vice)* | |
| JONES WALKER LLP | Attorneys for Defendants Pomp & |
| 201 Saint Charles Avenue, Suite 4900 | Whimsy, Inc., Nicola Nice, Todd |
| New Orleans, Louisiana 70170 | Gallopo, and Nori-Ann De La Cruz |
| | |
| Attorney for Plaintiffs | |

**ORDER**

IT IS SO ORDERED that the parties' stipulation to set mediation (ECF No. 50) is GRANTED. The Court will conduct a settlement conference remotely via Zoom video. However, the Court is unavailable on the proposed dates. Judge Albregts is available to conduct a video settlement conference beginning at 10:00 a.m. PST on one of the following dates: April 11, 12, 15, 16, 17 or 19. The parties shall meet and confer and file a stipulation with their agreed upon date for the settlement conference by April 1, 2024.

DATED: 3/26/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE