1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendants Pomp &
   Whimsy, Inc., Nicola Nice, Todd
7  Gallopo, and Nori-Ann De La Cruz

8              UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

| | |
|---|---|
| 10  RITTVO INVESTMENT FUND LLC 4 <br> d/b/a Rittvo Family Investments LLC 4; <br> 11  RITTVO INVESTMENT FUND LLC 3 <br> d/b/a Rittvo Family Investments LLC 3; <br> 12  RITTVO FAMILY LLC 3 d/b/a Rittvo <br> Family Investments LLC 3; Gastwirth <br> 13  Family Trust; and JASON M. <br> GASTWIRTH, in his capacity as Trustee <br> 14  of Gastwirth Family Trust, <br><br> 15                    Plaintiffs, <br><br> 16  vs. <br><br> 17  POMP & WHIMSY, INC.; NICOLA <br> NICE; TODD GALLOPO; NORI-ANN <br> 18  DE LA CRUZ; DOE INDIVIDUALS 1- <br> 20; and ROE BUSINESS ENTITIES 1- <br> 19  20, inclusive, <br><br> 20                    Defendants. | Case No. 2:23-cv-00240-APG-DJA <br><br><br><br> **STIPULATION TO SET** <br> **MEDIATION FOR APRIL 12, 2024** |

21

22         Pursuant to the Court's Order Granting Stipulation to Set Mediation

23  (ECF No. 51), the parties have met, conferred, and agreed to schedule the

24  settlement conference on April 12, 2024, beginning at 10:00 a.m. PST. The

KAEMPFER
CROWELL

1  settlement conference will be conducted remotely via Zoom before

2  Magistrate Judge Albregts.

3  BARRON & PRUITT, LLP                    KAEMPFER CROWELL

4
   /s/ Tarak Anada                         *Sili L. Graves*
5  David Barron, No. 142                   Robert McCoy, No. 9121
   3890 West Ann Road                      Sihomara L. Graves, No. 13239
6  North Las Vegas, Nevada 89031           1980 Festival Plaza Drive, Suite 650
                                           Las Vegas, Nevada 89135
7  Tarak Anada *(Pro Hac Vice)*
   JONES WALKER LLP                        Attorneys for Defendants Pomp &
8  201 Saint Charles Avenue, Suite 4900    Whimsy, Inc., Nicola Nice, Todd
   New Orleans, Louisiana 70170            Gallopo, and Nori-Ann De La Cruz
9
   Attorney for Plaintiffs
10

11

12                              **ORDER**

13
       IT IS SO ORDERED.  The Court will enter a separate scheduling order
14     with further details.

15     DATED: 3/27/2024

16                              _____
                                DANIEL J. ALBREGTS
17                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24