KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Pomp & Whimsy, Inc., Nicola Nice, Todd Gallopo, and Nori-Ann De La Cruz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITTVO INVESTMENT FUND LLC 4 d/b/a Rittvo Family Investments LLC 4; RITTVO INVESTMENT FUND LLC 3 d/b/a Rittvo Family Investments LLC 3; RITTVO FAMILY LLC 3 d/b/a Rittvo Family Investments LLC 3; Gastwirth Family Trust; and JASON M. GASTWIRTH, in his capacity as Trustee of Gastwirth Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>POMP & WHIMSY, INC.; NICOLA NICE; TODD GALLOPO; NORI-ANN DE LA CRUZ; DOE INDIVIDUALS 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00240-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiffs Rittvo Investment Fund LLC 4, Rittvo Investment Fund LLC 3, Rittvo Family LLC 3, and Jason M. Gastwirth, in his capacity as Trustee of the Gastwirth Family Trust ("Plaintiffs") and Defendants Pomp & Whimsy, Inc.,

1  Nicola Nice, Todd Gallopo, and Nori-Ann De La Cruz stipulate that all claims in
2  this action against Defendants Nicola Nice, Todd Gallopo, and Nori-Ann De La
3  Cruz be dismissed *with* prejudice, each party to bear their/its own fees and costs.

| JONES WALKER LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Tarak Anada | |
| Tarak Anada *(Pro Hac Vice)* | Robert McCoy, No. 9121 |
| 201 Saint Charles Avenue, Suite 4900 | Sihomara L. Graves, No. 13239 |
| New Orleans, Louisiana 70170 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| David Barron, No. 142 | |
| BARRON & PRUITT, LLP | Attorneys for Defendants Pomp & |
| 3890 West Ann Road | Whimsy, Inc., Nicola Nice, Todd |
| North Las Vegas, Nevada 89031 | Gallopo, and Nori-Ann De La Cruz |
| Attorney for Plaintiffs | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2024